IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR331 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROL DENNIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the report for warrant or summons for offender under supervision (Filing No. 66).  The defendant was present and represented by Karen M. Shanahan.  Plaintiff was represented by Martin J. Conboy IV.

Defendant admitted Allegation No. 1.  The government made an oral motion to dismiss Allegation No. 2.  The Court then proceeded to the final dispositional hearing.

IT IS ORDERED:

1) Plaintiff's oral motion to dismiss Allegation No. 2 of the petition is granted.

2) Defendant shall continue on supervised release under the same terms and conditions as previously imposed.

DATED this 12th day of June, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court